# MEMORANDA

OF

DECISIONS RENDERED WITHOUT EXTENDED OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 3,289.—WILLIAM RYAN, Respondent, *v.* JAMES HY-
LENT et al., Appellants.

*Appeal from District Court, Sanders County.*

Decided February 10, 1913.

PER CURIAM.—Respondent's motion to dismiss the appeal
herein this day submitted to, and taken under advisement by, the
court, is hereby sustained and the appeal accordingly dismissed.

*Mr. H. J. Burleigh,* for Appellants.

*Mr. H. S. Ainsworth,* for Respondent.